AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAMION HANSON

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ET AL

Case: 1:07-cv-01825
Assigned To : Robertson, James
Assign. Date : 10/10/2007
Description: Admn. Agency Review

CA

TO: (Name and address of Defendant)

District Of Columbia
1350 Pennsylvania Ave., NW 5th Floor
Washington, DC 20002
To Serve: Adrian Fenty

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW 7th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                OCT 10 2007
CLERK                                  DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/12/07 |
| NAME OF SERVER (PRINT) Dwayne Bosker | TITLE DPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Jabatha Bush_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/12/07
               Date            Signature of Server

1522 K St NW Ste 200
Address of Server

2007 OCT 12 P 2:05
SECRETARY OF D.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DAMION HANSON

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, ETAL

Case: 1:07-cv-01825
Assigned To : Robertson, James
CA  Assign. Date : 10/10/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

District of Columbia
SERVE: Attorney General
441 Fourth Street, NW 6th Floor
Washington, DC 20001
To Serve: Linda Singer

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW 7th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 10 2007
CLERK                                       DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/12/07 |
| NAME OF SERVER (PRINT) DWAYNE Boston | TITLE PB |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CLX   Samuel Kaplan   Asst Dep Civil Lit

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/12/07
            Date           Signature of Server

1522 K St NW Ste 200
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

DAMION HANSON

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA

Case: 1:07-cv-01825
Assigned To : Robertson, James
Assign. Date : 10/10/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHELLE REHEE (Officially)
Acting Chancellor, D.C. Public School
825 North Capitol Street, NE, Suite 9026
Washington, DC 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Domiento C.R. Hill, Esq.
Roxanne D. Neloms, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW 7th Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         OCT 10 2007
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/12/07 |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Frances Maley Staff Asso.

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/12/07     [signature]
                Date         Signature of Server

1522 K St NW Ste 200
Address of Server

2007 OCT 12 AM 11:32

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.