# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAMIAN HANSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civil Action No. 07-1825(JR)** |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## PRAECIPE

_____**COMES NOW**, the Plaintiff, by and through counsel, upon receipt of the Defendants'

Motion for Partial Dismissal, consent to the partial dismissal of claims referencing 42 USC 1983

and Section 504 of the Rehabilitation Act.

Respectfully submitted,

_____/s/_____
Roxanne D. Neloms [478157]
Domiento C.R. Hill [ MD14793]
Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
 (202)742-2000 (Tele.)
Counsels for Plaintiff

1