UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMION HANSON, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-1825(JR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**DEFENDANTS' CONSENT MOTION TO RE-SCHEDULE THE INITIAL
SCHEDULING CONFERENCE SET FOR NOVEMBER 13, 2007.**

Come now defendants, by and through counsel, and respectfully move this honorable Court to reschedule the Initial Scheduling Conference currently scheduled for November 13, 2007, at 4:30 p.m., on the grounds that the undersigned counsel will be out of the office teaching a class on that date. The parties propose the following three alternative dates: November 14, November 16, and November 19, 2007. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

November 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMION HANSON, | : |
| Plaintiff, | : |
| v. | : Civ. No. 07-1825(JR) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6.

2. The inherent power of the Court.

3. Plaintiff's consent to this Motion.

4. The entire record herein.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

    /s/ Maria L. Merkowitz
    MARIA L. MERKOWITZ [312967]
    Senior Litigation Counsel
    441 4th Street, N.W.
    Sixth Floor South
    Washington, DC 20001
    (202) 442-9842
    E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMION HANSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civ. No. 07-1825(JR)** |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of Defendants' Consent Motion to Reschedule the Initial Scheduling Conference and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendants' Motion is granted.

IT IS FURTHER ORDERED, that the Initial Scheduling Conference is set for _____ 2007.

_____
United States District Court Judge

4