**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAMIAN HANSON,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civil Action No. 07-1825(JR)** |
| **v.** | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

**NOTICE OF DISMISSAL**

    **COMES NOW**, the Plaintiff, by and through counsel, hereby dismisses all claims in the

above-captioned matters.

Respectfully submitted,

         /s/
Roxanne D. Neloms [478157]
Domiento C.R. Hill [ MD14793]
Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
 (202)742-2000 (Tele.)
Counsels for Plaintiff