```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

DAMION HANSON,                         :
                                       :
       Plaintiff,                     :
                                       :
  v.                                   : Civil Action No. 07-1825 (JR)
                                       :
DISTRICT OF COLUMBIA, *et al.*,        :
                                       :
       Defendants.                    :

### ORDER

Upon consideration of plaintiff's praecipe of voluntary dismissal [8], and the Court being advised in the premises, it is by the Court pursuant to F.R.Civ.P 41(a)(2) **ORDERED** that this case is **dismissed**.

                                                       JAMES ROBERTSON
                                      United States District Judge